# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRIAN BRIDGES,** | ) CASE NO. 1:17CV 1036 |
| **Defendant,** | ) JUDGE: SOLOMON OLIVER, JR. |
| | ) MAG. JUDGE: David A. Ruiz |
| vs. | ) |
| | ) **PLAINTIFF'S NOTICE OF** |
| **CITY OF CLEVELAND,** *et al.*, | ) **VOLUNTARY DISMISSAL** |
| **Defendants.** | ) |

Plaintiff, Brian Bridges, by and through his undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby dismisses the within action without prejudice.

Respectfully submitted,

/s/ Michael J. Connick
Michael J. Connick (0046624)
mconnick@connickvicklaw.com
Connick & Associates Co., L.P.A.
25550 Chagrin Boulevard, Suite 101
Beachwood, Ohio 44122
(216) 367-1150, Fax: (216) 378-1438
Attorney for Plaintiff, Brian Bridges

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2018, a copy of Plaintiff's Notice of Voluntary Dismissal will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. mail. Parties may access this filing through the Court's system.

        /s/ Michael J. Connick
Michael J. Connick (0046624)
Connick & Associates Co., L.P.A.
Attorney for Plaintiff, Brian Bridges